# United States Court of Appeals

## For the Eighth Circuit

_____

No. 14-2959

_____

Juan Raymundo-Bernabe

*Petitioner*

v.

Eric H. Holder, Jr., Attorney General of the United States

*Respondent*

_____

Petition for Review of an Order of the
Board of Immigration Appeals

_____

Submitted: April 13, 2015
Filed: April 16, 2015
[Unpublished]

_____

Before WOLLMAN, MURPHY, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Juan Raymundo-Bernabe, a citizen of Guatemala, petitions for review of an order of the Board of Immigration Appeals upholding an immigration judge's decision to deny his application for cancellation of removal. After careful review, we conclude that Raymundo-Bernabe has not raised a cognizable constitutional or legal challenge to the decision below, and thus, that we lack jurisdiction to review the

arguments that he has raised in this matter.  See Gomez-Perez v. Holder, 569 F.3d 370, 372-73 (8th Cir. 2009) (appeals court generally lacks jurisdiction to review discretionary denial of cancellation of removal, but may review constitutional claims or questions of law).  Accordingly, we dismiss the petition.

_____